No. 553, Misc.   GOULD v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 555, Misc.   HICKS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *William Alfred Hall, Jr.* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for the United States.

No. 574, Misc.   HALEY v. OHIO.   Supreme Court of Ohio.   Certiorari denied.   *E. L. Mills* and *Edgar W. Jones* for petitioner.   *D. Deane McLaughlin* and *John Rossetti* for respondent.

No. 581, Misc.   GAY v. FIDELITY UNION TRUST Co., EXECUTOR.   Supreme Court of New Jersey.   Certiorari denied.   Petitioner *pro se.*   *Charles Danzig* for respondent.

No. 586, Misc.   JACKSON v. HIATT, WARDEN.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 590, Misc.   GARNER ET AL. v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *T. Emmett McKenzie* for petitioners.   *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Harold D. Cohen* for the United States.

No. 596, Misc.   SKINNER v. ROBINSON, WARDEN.   Circuit Court of Lee County, Illinois.   Certiorari denied.